## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA NORTON HEATH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. |
| v. | ) | |
| | ) | |
| NATIONAL INDEMNITY INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT NATIONAL INDEMNITY INSURANCE COMPANY'S NOTICE OF REMOVAL

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**ON NOTICE TO:**

Gilbert F. Shelsby, Jr., Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE  19804

Prothonotary
Superior Court
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that Defendant, National Indemnity Company, by and

through its undersigned  counsel, Young Conaway Stargatt & Taylor, LLP, hereby seeks removal

of the above-referenced civil action now pending in the Superior Court of Delaware, New Castle

County, docketed at 08C-02-308 (FSS) to the United States District Court for District of

Delaware pursuant to 28 U.S.C. §1441, *et seq.* and §1446 *et seq.* Said case qualifies under

federal diversity jurisdiction pursuant to 28 U.S.C. §1332 since the parties are of diverse

citizenship and the amount in controversy exceeds $75,000.00 and for the reasons more fully

outlined in the attached Petition for Removal.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone (302) 571-6682
Facsimile:  (302) 576-3360
E-mail:  thouseal@ycst.com

OF COUNSEL:

Richard McMonigle
Michael J. Farrell
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Dated:  April 17, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THERESA NORTON HEATH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. |
| v. | ) | |
| | ) | |
| NATIONAL INDEMNITY INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT NATIONAL INDEMNITY COMPANY'S**
**PETITION FOR REMOVAL**

Defendant National Indemnity Company ("National"), by and through its undersigned counsel, Young Conaway Stargatt & Taylor, LLP, for the purpose of removing this civil action to the United States District Court for the District of Delaware and in support thereof, avers as follows:

**Procedural History**

1.     This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332 and 1441 and 1446.  Plaintiff Theresa Norton Heath ("Plaintiff") electronically filed her Complaint and Summons in the Superior Court of Delaware, New Castle County on or about February 25, 2008. The action is styled *Theresa Norton Heath v. National Indemnity Company*, bearing Docket No.08C-02-308 (FSS).  Copies of the Complaint, Summons, and related documents are attached collectively hereto as Exhibit "A."

2.     The Complaint and Summons were received by the Delaware Insurance Department on March 18, 2008 and served upon National on or about March 26, 2006.  See id., Praecipe, time-stamp.

067330.1001

3.      No further proceedings have taken place in the Superior Court of Delaware since the filing of Plaintiff's Complaint. The documents attached as Exhibit "A" constitute all of the process pleadings and discovery requests served upon National in this matter:

4.      National presently seeks to timely remove this matter to federal court pursuant to 28 U.S.C. § 1441(b), and based upon the diversity of citizenship and amount in controversy requirement of 28 U.S.C. § 1332.

### The Parties and Factual Background

5.      Plaintiff has pled in her Complaint that she is a resident of Delaware and residing at 21 Shady Drive East, Newark, Delaware 19713. See Exhibit "A," Complaint at ¶ 1.

6.      At the time of the filing of the Complaint and at the present time, National was and is a citizen of Nebraska, being a corporation organized and existing under the laws of the Nebraska, and having its principal place of business at 3024 Harney Street, Omaha, Nebraska 68131.

7.      Plaintiff seeks in her Complaint certain Personal Injury Protection (PIP) insurance benefits pursuant to an automobile insurance policy issued by National to Plaintiff's former employer and to benefits which Plaintiff claims an entitlement due to an alleged accident which Plaintiff claims resulted in serious and permanent injury. See Exhibit "A," Complaint at ¶¶ 3-8.

8.      Plaintiff claims that as a result of her alleged accident, she has incurred lost wages, both past and ongoing, as well as medical expenses which are ongoing and have not been paid by National. See id. at ¶¶ 4-5.

9.      Plaintiff claims that she has been totally disabled since January 16, 2007 and requires spinal surgery and other medical treatment. See id. at ¶¶ 9-10.

10.     Pursuant to the National insurance policy, there is $300,000.00 in maximum available PIP benefits.

11.     Plaintiff also asserts a statutory "bad faith" claim pursuant to Delaware statute and based upon Plaintiff's allegation that National failed to pay benefits owed. On this basis, Plaintiff demands in addition to insurance benefits, "special damages, punitive damages . . . interest, reasonable counsel fees and costs." See id. at ¶¶ 9-12; and the "Wherefore" clause in Plaintiff's Complaint.

## Basis for Removal

12.     The parties' citizenship is diverse since Plaintiff is a Delaware citizen and National is a Nebraska citizen.

13.     The amount in controversy in this matter is at least $75,000.00 as the available insurance benefits to which Plaintiff claims an entitlement exceed that amount.  Further, Plaintiff seeks statutory punitive damages, attorney's fees and costs from National, which would exceed that amount.

14.     The instant action therefore satisfies diversity of citizenship jurisdiction pursuant to 28 U.S.C. §1332 insofar as all parties are of diverse citizenship and the amount in controversy is in excess of $75,000.00.

15.     The United States District Court for the District of Delaware is the district court having jurisdiction in this matter given the original New Castle County, Delaware venue.

16.     This Notice of Removal, and related papers, is timely under 28 U.S.C. §1446(b) because it has been filed within thirty days of the date of service of the Complaint upon National via the Delaware Insurance Department.

17.     This matter is not the subject of any other action pending in any other court.

18.   National has filed a true and correct copy of the Notice of Removal with the Superior Court of the State of Delaware in and for New Castle County.  A copy of the Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, Defendant National Indemnity Company requests that the above action now pending against it in the Superior Court of Delaware be removed therefrom to this Honorable Court pursuant to the Federal Rules and that this action be placed upon the docket of this Court for further proceedings, as though this action had been instituted originally in this Court.

Respectfully Submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone (302) 571-6682
Facsimile:  (302) 576-3360
E-mail:  thouseal@ycst.com

OF COUNSEL:

Richard McMonigle
Michael J. Farrell
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Dated:  April 17, 2008

067330.1001

# EXHIBIT A

*Heath*

EFiled: Feb 25 2008 4:36
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

THERESA NORTON HEATH,                    )
                                         )    C.A. No.: 08C-02-308 FSS
            Plaintiff,                   )
                                         )    ARBITRATION CASE
        v.                               )
                                         )    JURY TRIAL DEMANDED
NATIONAL INDEMNITY COMPANY, INC.,        )
a foreign corporation,                   )    E-FILED
                                         )
            Defendant.                   )
******************************************************************

### PRAECIPE

TO:   PROTHONOTARY
      Superior Court
      5th and King Streets
      Wilmington, DE 19801

        PLEASE ISSUE SUMMONS and Complaint to the Sheriff of Kent County for service

upon the Defendant by serving the Delaware Insurance Commissioner as follows:

            Insurance Commissioner of the State of Delaware
            841 Silver Lake Boulevard
            Dover, DE  19901

                              SHELSBY & LEONI

                              /s/ Gilbert F. Shelsby, Jr.
                              Gilbert F. Shelsby, Jr., #2833
                              221 Main Street
                              Stanton, DE  19804
                              (302) 995-6210
                              Attorneys for Plaintiffs

        DATED: February 25, 2008



EFiled: Feb 25 2008  4:36PM EST
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

THERESA NORTON HEATH,                    )
                                         )    C.A. No.: 08C-02-308 FSS
          Plaintiff,                     )
                                         )    ARBITRATION CASE
          v.                             )
                                         )    JURY TRIAL DEMANDED
NATIONAL INDEMNITY COMPANY.,             )
a foreign corporation,                   )    E-FILED
                                         )
          Defendant,                     )
                              SUMMONS    )

STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

    To summon the above-named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Gilbert F. Shelsby, Jr., Esquire, Plaintiff's attorney, whose address is 221 Main Street, Stanton, Delaware 19804.

    To serve upon Defendant a copy hereof and of the Complaint (and of the Affidavit of Demand if any has been filed by Plaintiff).

3/6/08

SHARON AGNEW
Prothonotary

Per Deputy

TO THE ABOVE NAMED DEFENDANT(S):

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an Answer to the Complaint (and, if an Affidavit of Demand has been filed, an Affidavit of Defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the Affidavit of Demand, if any).

SHARON AGNEW
Prothonotary

Per Deputy



EFiled: Feb 25 2008 4:36PM EST
Transaction ID 18736451
Case No. 08C-02-308 FSS

### SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: **N** K S          CIVIL ACTION NUMBER: 08C-02-308 FSS

CIVIL CASE CODE: __CPIN__          CIVIL CASE TYPE: __PERSONAL INJURY__
(SEE REVERSE SIDE FOR CODE AND TYPE)

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| THERESA NORTON HEATH | THERESA NORTON HEATH, |
| Plaintiff. | Plaintiffs |
| v. | DOCUMENT TYPE: (E.G., COMPLAINT, ANSWER WITH COUNTERCLAIM) |
| NATIONAL INDEMNITY COMPANY., | __COMPLAINT__ |
| a foreign corporation, | NON-ARBITRATION ___ (CERTIFICATE OF VALUE MAY BE REQUIRED) |
| Defendant. | ARBITRATION _X_  MEDIATION ___  NEUTRAL ASSESSMENT ___ |
| | DEFENDANT (CIRCLE ONE)   ACCEPT          REJECT |
| | JURY DEMAND √  YES ___ NO |
| | TRACK ASSIGMENT REQUESTED: (CIRCLE ONE) EXPEDITED  (STANDARD)  COMPLEX |

| | |
|---|---|
| ATTORNEY NAME(S): Gilbert F. Shelsby, Jr. | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGES INITIALS |
| ATTORNEY ID(S): 2833 | |
| ATTORNEY FIRM: SHELSBY & LEONI 221 Main Street Stanton, DE 19804 | EXPLAIN THE RELATIONSHIP(S): _____ |
| TELEPHONE NUMBER: (302) 995-6210 | OTHER UNUSUAL ISSUES THAT EFFECT CASE MANAGEMENT: |
| FAX NUMBER: (302) 995-6121 E-MAIL ADDRESS: gshelsby@mslde.com | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.



EFiled: Feb 25 2008 4:36
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

THERESA NORTON HEATH,                )
                                     )   C.A. No.: 08C-02-308-FSS
        Plaintiff,                   )
                                     )   ARBITRATION CASE
    v.                               )
                                     )   JURY TRIAL DEMANDED
                                     )
NATIONAL INDEMNITY COMPANY.,         )
a foreign corporation,               )   E-FILED
                                     )
        Defendant.                   )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

### COUNT I

1.  Plaintiff, Theresa Norton Heath is a resident of the State of Delaware, residing at 21 Shady Drive East, Newark, Delaware 19713.

2.  Defendant, National Indemnity Company, (hereinafter referred to as "National"), is a foreign corporation doing business in the State of Delaware whose Agent for Service of process is the Insurance Commissioner of the State of Delaware, 841 Silver Lake Boulevard, Dover, Delaware 19901.

3.  On or about November 17, 2005, Plaintiff, Theresa Norton Heath, was operating a shuttle bus, registered and insured in Delaware, at the Union Hospital in Elkton, Maryland when a passenger fell on her as he was attempting to exit the shuttle bus.

4.  As a result of said incident, Plaintiff, Theresa Norton Heath, was injured and has required medical and hospital attention and has incurred medical expenses, which are ongoing.

5.  As a further result, Plaintiff, Theresa Norton Heath, has incurred lost wages, which are ongoing.

6.  At the time of the incident, Defendant, National, insured the shuttle bus involved in the accident and as such insurer, is liable for the payment of no-fault insurance benefits pursuant to 21 Del. C. §2118.

7.  Defendant is required to pay aforesaid medical bills and lost wages, but has failed to pay,

despite the demand of plaintiff.

8.    As a direct result of the Defendant's failure to perform its legal and contractual obligation, Plaintiff has suffered economic hardship and severe emotional distress.

WHEREFORE, Plaintiff demands judgment against the defendant for general damages, special damages pursuant to 21 Del. C. §2118, including post-judgment interest and costs.

## COUNT II

## BAD FAITH

Plaintiff hereby repeats and re-alleges paragraphs 1 through 8 in their entirety and incorporates them herein in this cause of action.

9.    On January 16, 2007, Plaintiff, Theresa North Heath, was placed on total disability by her treating physician, Conrad King, M.D. and Bruce Rudin, M.D., who recommended treatment for the lumbar spine, including a lumbar spinal surgery and notice of said disability and associated lost wage and medical bill claims were presented to Defendant, National.

10.   Plaintiff has submitted bills and expenses for the lumbar treatment which have not been paid.

11.   Defendant National's failure to make benefit payments is in violation of 21 Del. C. §2118B(c).

12.   Given the severe pattern of symptoms which constitute Plaintiff, Theresa North Heath's disability as a result of her inability to undergo the aforesaid recommended surgical procedure and the extremely depressed financial circumstances which have ensued as a result of Defendant, National's refusal to pay benefits, Plaintiff, Theresa Norton Heath, asserts that said failure to provide benefits is without justification, is directly contrary to the public policy strategy which underlies Delaware's No Fault Statute, is contrary to Defendant, National's normal handling of PIP claims and constitutes a conscious disregard for the welfare and safety of Plaintiff, Theresa Norton Heath and an, "I don't care" attitude.

WHEREFORE, Plaintiff demands judgment against the defendant for general damages, special damages, punitive damages pursuant to 21 Del. C. §2118B(c), including interest, reasonable

counsel fees and costs.

SHELSBY & LEONI

/s/ Gilbert F. Shelsby, Jr.
Gilbert F. Shelsby, Jr., #2833
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorneys for Plaintiffs

DATED: February 25, 2008



EFiled: Feb 25 2008 4:36 EST
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

·IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THERESA NORTON HEATH, | ) | C.A. No.: 08C-02-308 FSS |
| Plaintiff, | ) | |
| | ) | ARBITRATION CASE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| NATIONAL INDEMNITY COMPANY., | ) | E-FILED |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSES TO FORM 30 INTERROGATORIES

1. Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of this litigation.

   <u>ANSWER:</u>    Boris Mandich
   520 Old Elk Road
   North East, MD 21901

2. Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to this litigation.

   <u>ANSWER:</u>    In addition to the parties and Plaintiff's family members, the following persons have knowledge of the incident by history:

   Unknown Personnel
   Union Hospital
   106 Bow Street
   Elkton, MD 21921

   Unknown Personnel
   Brandywine Pain Management
   P.O. Box 3012
   Wilmington, DE 19804

   Unknown Personnel
   Dr. Conrad King
   1400 Peoples Plaza
   Newark, DE 19702

Unknown Personnel
Cecil Radiology
P.O. Box 278
Elkton, MD 21922

Unknown Personnel
Dr. William Atkins, Jr.
550 Stanton-Christiana Road
Newark, DE 19713

Unknown Personnel
Dr. Bikash Bose
C-79 Omega Drive
Newark, DE 19713

Unknown Personnel
Dr. Stuart Gordon
7845 Oakwood Road
Suite 105
Glen Burnie, MD 21061

Unknown Personnel
Dr. Pramod Yadhati
4512 Kirkwood Highway
Suite 200
Wilmington, DE 19808

Unknown Personnel
First State Orthopaedics
4745 Ogletown-Stanton Road
Suite 238, Medical Arts Pavilion
Newark, DE 19713

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of the person having the original and copies of the interview.

ANSWER:    None known to Plaintiff.

4.    Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the names and present or last known residential and employment addresses and telephone numbers of the persons having the original and copies thereof.

ANSWER:    None known to Plaintiff.

5.     Give the names, professional addresses and telephone numbers of all expert witnesses presently retained by the party, together with the dates of any written opinions prepared by said experts. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

ANSWER:  Plaintiffs have not retained expert witnesses but expect to call medical experts to testify.

6.     Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    (a) The name and address of all companies insuring the risk;
    (b) The policy numbers;
    (c) The type of insurance;
    (d) The amounts of primary, secondary and excess coverage;

ANSWER:

    (a)  National Indemnity Company
         4016 Farnam Street
         Omaha, Nebraska 68131-3095

    (b)  Claim No.: 70 19 216538

    (c)  Personal Injury Protection

    (d)  Unknown

SHELSBY & LEONI

/s/ Gilbert F. Shelsby, Jr.
Gilbert F. Shelsby, Jr., #2833
221 Main Street
Stanton, DE  19804
(302) 995-6210
Attorneys for Plaintiffs

DATED: February 25, 2008



EFiled: Feb 25 2008 4:36
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

THERESA NORTON HEATH,                )
                                     )    C.A. No.: 08C-07-308 FSS
        Plaintiff,                   )
                                     )    ARBITRATION CASE
        v.                           )
                                     )    JURY TRIAL DEMANDED
NATIONAL INDEMNITY COMPANY.,         )
a foreign corporation,               )    E-FILED
                                     )
        Defendant.                   )
                            SUMMONS

STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

        To summon the above-named Defendant so that, within 20 days after service hereof upon
Defendant, exclusive of the day of service, Defendant shall serve upon Gilbert F. Shelsby, Jr.,
Esquire, Plaintiff's attorney, whose address is 221 Main Street, Stanton, Delaware 19804.

        To serve upon Defendant a copy hereof and of the Complaint (and of the Affidavit of
Demand if any has been filed by Plaintiff).

3/6/08

                                         SHARON A.
                                         Prothonotary
                                         Per Deputy

TO THE ABOVE NAMED DEFENDANT(S):

        In case of your failure, within 20 days after service hereof upon you, exclusive of the day of
service, to serve on Plaintiffs' attorney named above an Answer to the Complaint (and, if an
Affidavit of Demand has been filed, an Affidavit of Defense), judgment by default will be rendered
against you for the relief demanded in the Complaint (or in the Affidavit of Demand, if any).

                                         SHARON A.
                                         Prothonotary
                                         Per Deputy



EFiled: Feb 25 2008 4:36P
Transaction ID 18736451
Case No. 08C-02-308 FSS

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:   N   K   S          CIVIL ACTION NUMBER: 08C-02-308 FSS

CIVIL CASE CODE:   CPIN          CIVIL CASE TYPE:  PERSONAL INJURY
                                 (SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| CAPTION: <br><br> THERESA NORTON HEATH <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INDEMNITY, COMPANY, <br><br> a foreign corporation, <br><br> Defendant. | NAME AND STATUS OF PARTY FILING DOCUMENT: <br><br> THERESA NORTON HEATH, <br><br> Plaintiffs <br><br> DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM) <br><br> COMPLAINT _____ <br><br> NON-ARBITRATION ___ <br> (CERTIFICATE OF VALUE MAY BE REQUIRED) <br><br> ARBITRATION _X_   MEDIATION ___   NEUTRAL ASSESSMENT ___ <br><br> DEFENDANT (CIRCLE ONE)   **ACCEPT**            **REJECT** <br><br> JURY DEMAND √   YES _____   NO <br><br> TRACK ASSIGMENT REQUESTED: (CIRCLE ONE) <br> EXPEDITED     (STANDARD)     COMPLEX |
| ATTORNEY NAME(S): <br> Gilbert F. Shelsby, Jr. <br><br> ATTORNEY ID(S): 2833 <br><br> ATTORNEY FIRM: <br> SHELSBY & LEONI <br> 221 Main Street <br> Stanton, DE 19804 <br><br> TELEPHONE NUMBER: <br> (302) 995-6210 <br><br> FAX NUMBER: <br> (302) 995-6121 <br> E-MAIL ADDRESS: <br> gshelsby@mslede.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGES INITIALS <br> _____ <br> _____ <br> _____ <br><br> EXPLAIN THE RELATIONSHIP(S): _____ <br> _____ <br> _____ <br><br> OTHER UNUSUAL ISSUES THAT EFFECT CASE MANAGEMENT: <br> _____ <br> _____ <br> (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE
PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS
FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE
MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST
RESPONSIVE PLEADING BEING STRICKEN.



EFiled: Feb 25 2008 4:36P
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THERESA NORTON HEATH, | ) | |
| | ) | C.A. No.: 08C-02-308-FSS |
| Plaintiff, | ) | |
| | ) | ARBITRATION CASE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| NATIONAL INDEMNITY COMPANY., | ) | |
| a foreign corporation, | ) | E-FILED |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

### COUNT I

1.  Plaintiff, Theresa Norton Heath is a resident of the State of Delaware, residing at 21 Shady Drive East, Newark, Delaware 19713.

2.  Defendant, National Indemnity Company, (hereinafter referred to as "National"), is a foreign corporation doing business in the State of Delaware whose Agent for Service of process is the Insurance Commissioner of the State of Delaware, 841 Silver Lake Boulevard, Dover, Delaware 19901.

3.  On or about November 17, 2005, Plaintiff, Theresa Norton Heath, was operating a shuttle bus, registered and insured in Delaware, at the Union Hospital in Elkton, Maryland when a passenger fell on her as he was attempting to exit the shuttle bus.

4.  As a result of said incident, Plaintiff, Theresa Norton Heath, was injured and has required medical and hospital attention and has incurred medical expenses, which are ongoing.

5.  As a further result, Plaintiff, Theresa Norton Heath, has incurred lost wages, which are ongoing.

6.  At the time of the incident, Defendant, National, insured the shuttle bus involved in the accident and as such insurer, is liable for the payment of no-fault insurance benefits pursuant to 21 Del. C. §2118.

7.  Defendant is required to pay aforesaid medical bills and lost wages, but has failed to pay,

despite the demand of plaintiff.

8.    As a direct result of the Defendant's failure to perform its legal and contractual obligation, Plaintiff has suffered economic hardship and severe emotional distress.

WHEREFORE, Plaintiff demands judgment against the defendant for general damages, special damages pursuant to 21 Del. C. §2118, including post-judgment interest and costs.

## COUNT II

### BAD FAITH

Plaintiff hereby repeats and re-alleges paragraphs 1 through 8 in their entirety and incorporates them herein in this cause of action.

9.    On January 16, 2007, Plaintiff, Theresa North Heath, was placed on total disability by her treating physician, Conrad King, M.D. and Bruce Rudin, M.D., who recommended treatment for the lumbar spine, including a lumbar spinal surgery and notice of said disability and associated lost wage and medical bill claims were presented to Defendant, National.

10.    Plaintiff has submitted bills and expenses for the lumbar treatment which have not been paid.

11.    Defendant National's failure to make benefit payments is in violation of 21 Del. C. §2118B(c).

12.    Given the severe pattern of symptoms which constitute Plaintiff, Theresa North Heath's disability as a result of her inability to undergo the aforesaid recommended surgical procedure and the extremely depressed financial circumstances which have ensued as a result of Defendant, National's refusal to pay benefits, Plaintiff, Theresa Norton Heath, asserts that said failure to provide benefits is without justification, is directly contrary to the public policy strategy which underlies Delaware's No Fault Statute, is contrary to Defendant, National's normal handling of PIP claims and constitutes a conscious disregard for the welfare and safety of Plaintiff, Theresa Norton Heath and an, "I don't care" attitude.

WHEREFORE, Plaintiff demands judgment against the defendant for general damages, special damages, punitive damages pursuant to 21 Del. C. §2118B(c), including interest, reasonable

counsel fees and costs.

SHELSBY & LEONI

/s/ Gilbert F. Shelsby, Jr.
Gilbert F. Shelsby, Jr., #2833
221 Main Street
Stanton, DE  19804
(302) 995-6210
Attorneys for Plaintiffs

DATED: February 25, 2008



EFiled: Feb 26 2008  4:36PM EST
Transaction ID 18736451
Case No. 08C-02-308 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

·IN AND FOR NEW CASTLE COUNTY

THERESA NORTON HEATH,                   )
                                        )        C.A. No.: 08C-02-308 FSS
          Plaintiff,                    )
                                        )        ARBITRATION CASE
     v.                                 )
                                        )        JURY TRIAL DEMANDED
                                        )
NATIONAL INDEMNITY COMPANY.,            )
a foreign corporation,                  )        E-FILED
                                        )
          Defendant.                    )

## PLAINTIFF'S RESPONSES TO FORM 30 INTERROGATORIES

1.  Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of this litigation.

          ANSWER:    Boris Mandich
                     520 Old Elk Road
                     North East, MD 21901

2.· Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to this litigation.

          ANSWER:    In addition to the parties and Plaintiff's family members, the following persons have knowledge of the incident by history:

                     Unknown Personnel
                     Union Hospital
                     106 Bow Street
                     Elkton, MD 21921

                     Unknown Personnel
                     Brandywine Pain Management
                     P.O. Box 3012
                     Wilmington, DE 19804

                     Unknown Personnel
                     Dr. Conrad King
                     1400 Peoples Plaza
                     Newark, DE 19702

Unknown Personnel
Cecil Radiology
P.O. Box 278
Elkton, MD 21922

Unknown Personnel
Dr. William Atkins, Jr.
550 Stanton-Christiana Road
Newark, DE 19713

Unknown Personnel
Dr. Bikash Bose
C-79 Omega Drive
Newark, DE 19713

Unknown Personnel
Dr. Stuart Gordon
7845 Oakwood Road
Suite 105
Glen Burnie, MD 21061

Unknown Personnel
Dr. Pramod Yadhati
4512 Kirkwood Highway
Suite 200
Wilmington, DE 19808

Unknown Personnel
First State Orthopaedics
4745 Ogletown-Stanton Road
Suite 238, Medical Arts Pavilion
Newark, DE 19713

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of the person having the original and copies of the interview.

   ANSWER:    None known to Plaintiff.

4.    Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the names and present or last known residential and employment addresses and telephone numbers of the persons having the original and copies thereof.

   ANSWER:    None known to Plaintiff.

5.     Give the names, professional addresses and telephone numbers of all expert witnesses presently retained by the party, together with the dates of any written opinions prepared by said experts.  If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

     ANSWER:  Plaintiffs have not retained expert witnesses but expect to call medical experts to testify.

6.     Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

          (a) The name and address of all companies insuring the risk;
          (b) The policy numbers;
          (c) The type of insurance;
          (d) The amounts of primary, secondary and excess coverage;

     ANSWER:

          (a)  National Indemnity Company
               4016 Farnam Street
               Omaha, Nebraska 68131-3095

          (b)  Claim No.: 70 19 216538

          (c)  Personal Injury Protection

          (d)  Unknown

                              SHELSBY & LEONI


                              /s/ Gilbert F. Shelsby, Jr.
                              Gilbert F. Shelsby, Jr., #2833
                              221 Main Street
                              Stanton, DE  19804
                              (302) 995-6210
                              Attorneys for Plaintiffs



DATED: February 25, 2008



# EXHIBIT B

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| THERESA NORTON HEATH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08C-02-308 (FSS) |
| v. | ) | |
| | ) | |
| NATIONAL INDEMNITY INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

TO:    PROTHONOTARY
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

Gilbert F. Shelsby, Jr. Esq.
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**PLEASE TAKE NOTICE** that Defendant, National Indemnity Company, by and

through its undersigned counsel, Young Conaway Stargatt & Taylor, LLP, has removed the

above-captioned case now pending in the Superior Court of Delaware, New Castle County, to the

United States District Court for District of Delaware pursuant to 28 U.S.C. §1441, *et seq.* and

§1446 *et seq.* Said case qualifies under federal diversity jurisdiction pursuant to 28 U.S.C. §1332

since the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.  A

copy of the Notice of Removal to be filed with the United States District Court on April 17, 2008

is attached as exhibit A.   Service of this Notice effects removal.   The federal statute requires that

the State Court proceed no further unless and until the case is remanded.   28 U.S.C. § 1446(d);

*Resolution Trust Corp. v. Bayside Developers,* 43 F.3d 1230, 1238 (4th Cir. 1994) ("Thus the

clear language of the general removal statute provides that the state court loses jurisdiction upon the filing of the petition of removal.").

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone (302) 571-6682
Facsimile: (302) 576-3360
E-mail: thouseal@ycst.com

OF COUNSEL:

Richard McMonigle
Michael J. Farrell
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Dated: April 17, 2008

DB02:6752335.1                                                          067330.1001

## CERTIFICATE OF SERVICE

I, Timothy Jay Houseal, Esq., hereby certify that on this 17th day of April, 2008,

have caused a true and correct copy of Defendant National Indemnity Company's Notice of

Removal to be served via electronic filing on the following counsel:

> Gilbert F. Shelsby, Jr. Esquire
> Shelsby & Leoni
> 221 Main Street
> Stanton, DE 19804

_____

Timothy Jay Houseal (#2880)

**Colvard, Linda**

| | |
|---|---|
| **From:** | LexisNexis File & Serve [efile@fileandserve.lexisnexis.com] |
| **Sent:** | Thursday, April 17, 2008 3:58 PM |
| **To:** | Colvard, Linda |
| **Subject:** | Case: 08C-02-308 FSS; Transaction: 19456068 Transaction Receipt |

To: Linda Budd Colvard
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected
was "File And Serve". The details for this transaction are listed below.

| | |
|---|---|
| Court: | DE Superior Court-New Castle County |
| Case Name: | Norton Heath, Theresa vs National Indemnity Co |
| Case Number: | 08C-02-308 FSS |
| Transaction ID: | 19456068 |
| Document Title(s): | |
|     Notice of Removal (2 pages) | |
|     Exhibit A to Notice of Removal (7 pages) | |
|     Certificate of Service (1 page) | |
| Authorized Date/Time: | Apr 17 2008  3:55PM EDT |
| Authorizer: | Timothy Jay Houseal |
| Authorizer's Organization: | Young Conaway Stargatt & Taylor LLP-Wilmington |
| Sending Parties: | |
|     National Indemnity Co | |
| Served Parties: | |
|     Norton, Theresa | |

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by
phone at 1-888-529-7587 (24/7).

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 19456068 |
| **Submitted by:** | Linda Colvard, Young Conaway Stargatt & Taylor LLP-Wilmington |
| **Authorized by:** | Timothy Jay Houseal, Young Conaway Stargatt & Taylor LLP-Wilmington |
| **Authorize and file on:** | Apr 17 2008 3:55PM EDT |

| | |
|---|---|
| **Court:** | DE Superior Court-New Castle County |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Arbitration |
| **Case Type:** | CPIN - Personal Injury |
| **Case Number:** | 08C-02-308 FSS |
| **Case Name:** | Norton Heath, Theresa vs National Indemnity Co |

| | |
|---|---|
| **Transaction Option:** | File and Serve |
| **Billing Reference:** | 67330.1001 |

**Documents List**
**3 Document(s)**

**Attached Document, 2 Pages   Document ID: 14520118**                                   PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Public | $0.50 | |

**Document title:**
Notice of Removal

**Attached Document, 7 Pages   Document ID: 14520162**                                   PDF Format | Original Format
Related Document ID: 14520118

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Public | $0.50 | |

**Document title:**
Exhibit A to Notice of Removal

**Attached Document, 1 Pages   Document ID: 14520203**                                   PDF Format | Original Format
Related Document ID: 14520118

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Certificate of Service | Public | $0.50 | |

**Document title:**
Certificate of Service

Close All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| National Indemnity Co (pending) | Defendant | Houseal, Timothy Jay | Young Conaway Stargatt & Taylor LLP-Wilmington | Attorney in Charge |

⊟ **Recipients (1)**

⊟ Service List (1)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Norton, Theresa | Plaintiff | Shelsby, Gilbert F | Shelsby & Leoni | Attorney in Charge | E-Service |

⊟ Additional Recipients (0)

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| N/A | N/A | Silverman, Fred S | DE Superior Court-New Castle County | Primary Judge |

| National Indemnity Co | Defendant | No Answer on File | Firm TBD | N/A |
| National Indemnity Co (pending) | Defendant | Houseal, Timothy Jay | Young Conaway Stargatt & Taylor LLP-Wilmington | Attorney in Charge |
| Norton, Theresa | Plaintiff | Shelsby, Gilbert F | Shelsby & Leoni | Attorney in Charge |

Close

 LexisNexis®

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

**CERTIFICATE OF SERVICE**

I, Timothy Jay Houseal, Esq., hereby certify that on this 17th day of April, 2008,

have caused a true and correct copy of Defendant National Indemnity Company's Notice of

Removal and supporting Petition to be served via CM/ECF, e-mail and First Class Mail on the

following counsel:

> Gilbert F. Shelsby, Jr. Esquire
> Shelsby & Leoni
> 221 Main Street
> Stanton, DE 19804

Timothy Jay Houseal (#2880)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Theresa Norton Heath

**DEFENDANTS**

National Indemnity Company

(b) County Of Residence of First Listed Plaintiff: New Castle County
(Except In U.S. Plaintiff Cases)

County Of Residence of First Listed Defendant: Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys (Firm Name, Address, And Telephone Number)

Gilbert F. Shelsby, Jr. Esquire

Shelsby & Leoni

221 Main Street

Attorneys (If Known)

Timothy Jay Houseal, Esq.

Young Conaway Stargatt & Taylor, LLP

The Brandywine Bldg.

1000 West Street, 17th Floor, Wilmington, DE 19801

### II. BASIS OF JURISDICTION   (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An X In One Box For Plaintiff And One Box For Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in This State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### V. NATURE OF SUIT   (Place An X In One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 U.S.C. 881 | ☐ 423 Withdrawal 28 U.S.C. 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates, etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med Malpractice | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 340 Marine | | | ☐ 875 Customer Challenge 12 U.S.C. 3410 |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | | | ☐ 892 Economic Stabilization Act |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 893 Environmental Matters |
| | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 380 Other Personal Property Damage | | **FEDERAL TAX SUITS** | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 385 Property Damage Product Liability | ☐ 791 Empl Ret Inc Security Act | | |
| ☐ 245 Tort Product Liability | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 871 IRS - Third Party 26 U.S.C. 7609 | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | |
| | ☐ 442 Employment | ☐ 530 General | | |
| | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | |
| | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

### IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTE UNLESS DIVERSITY.)

Removal Action From Delaware Superior Court Pursuant to 28 U.S.C. § § 1441, 1446 and 1332

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

CLASS ACTION ☐ YES ☐ NO

DEMAND $ in excess of $75,000 Check YES only if demanded in complaint

JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY   (See instructions)

JUDGE: _____

DOCKET NUMBER: _____

DATE   4/17/08

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

DB02:6752713.1

067330.1001