IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH, | ) |
| | ) C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| | ) |
| NATIONAL INDEMNITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCES** of Michael J. Logullo and Gilbert F. Shelsby, Jr. and Shelsby & Leoni as attorneys for the Plaintiff, Theresa Norton Heath in the above captioned matter.

*SHELSBY & LEONI*

/s Michael J. Logullo
Michael J. Logullo
Mlogullo@mslde.com

/s Gilbert F. Shelsby, Jr.
Gilbert F. Shelsby, Jr.
Gshelsby@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorneys for Plaintiffs

DATED: May 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA NORTON HEATH, | ) | |
| | ) | C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| | ) | |
| NATIONAL INDEMNITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael J. Logullo, Esquire, hereby certify that on the 9th day of May, 2008, that a copy of the foregoing Entry of Appearance were served via CM/ECF and first class mail upon the following:

Timothy Jay Houseal, Esquire
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*SHELSBY & LEONI*

/s/ Michael J. Logullo
Michael J. Logullo
Mlogullo@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Plaintiff