United States District Court for the District of Delaware

| | |
|---|---|
| THERESA NORTON HEATH ) | C.A. No. 1:08-cv-00219 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE SUSAN L. ROBINSON |
| v. ) | |
| ) | |
| NATIONAL INDEMNITY ) | ELECTRONICALLY FILED |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

TO THE CLERK:

Defendant National Indemnity Company and Plaintiff Theresa Norton Heath agree and stipulate that National Indemnity Company shall answer Plaintiff's Complaint no later than May 23, 2008.

**SHELSBY & LEONI**
Gilbert F. Shelsby, Jr., Esquire
221 Main Street
Stanton, DE 19804

_____
Gilbert F. Shelsby, Jr.

**YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP**
Timothy Jay Houseal, Esquire (#2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Timothy Jay Houseal


OF COUNSEL
**POST & SCHELL, P.C.**
Richard L. McMonigle, Esquire
Michael J. Farrell, Esquire
1600 JFK Blvd.
Philadelphia, PA 19103