UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL INDEMNITY INSURANCE )<br>COMPANY )<br>)<br>Defendant. ) | C.A. No. 1:08-cv-00219 SLR |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard L. McMonigle, Jr. to represent National Indemnity Insurance Company in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy J. Houseal_
Timothy Jay Houseal (#2880)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone (302) 571-6682
Facsimile: (302) 576-3360
E-mail: thouseal@ycst.com

Attorneys for National Indemnity Insurance Company

Dated: July 23, 2008

IT IS HEREBY ORDERED on this _____ day of _____, 2008 counsel's Motion for Admission *pro hac vice* is GRANTED.

_____
Judge Sue L. Robinson

## CERTIFICATION OF RICHARD L. McMONIGLE, JR., ESQUIRE
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Richard L. McMonigle*
Richard L. McMonigle, Jr.

Dated: 7/18/08