IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH, | ) |
| | ) C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| NATIONAL INDEMNITY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO AMEND

**COMES NOW,** Plaintiff, Theresa Norton Heath by and through her attorneys Gilbert F. Shelsby, Jr. and Shelsby & Leoni and pursuant to Federal Rule of Procedure 15(a) moves to Amend the Complaint and as reason; therefore, states as follows:

1. That the instant action is a PIP claim and Bad Faith Claim which was filed in the Superior Court for the State of Delaware in New Castle County.

2. That the matter was removed to the Federal Court by the Defendant based on the diversity of citizenship.

3. That in the course of investigating the PIP claim, Plaintiffs have been advised that there are outstanding bills which the Defendant agreed to pay which have not been paid to healthcare providers. Those healthcare providers have recently provided additional information regarding those outstanding bills and expenses.

4. That the failure of the Defendant to pay bills of healthcare providers, which they have already agreed to pay, is an additional breach of contract and bad faith under

Delaware Law. The attached Amended Complaint sets forth those factual basis for those claims.

**WHEREFORE**, Plaintiff respectfully request that the Court permit the filing of the attached Amended Complaint.

           Respectfully submitted,

           ***SHELSBY & LEONI***

           */s/ Gilbert F. Shelsby, Jr*
           */s/ Michael J. Logullo*
           Gilbert F. Shelsby, Jr.
             gshelsby@mslde.com
           Michael J. Logullo
             mlogullo@mslde.com
           221 Main Street
           Stanton, Delaware 19804
           (302) 995-6210
           Attorneys for Plaintiffs

**DATED:** August 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERESA NORTON HEATH, | ) | |
| | ) | C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| | ) | |
| NATIONAL INDEMNITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

**THE COURT,** having reviewed and considered the Motion to Amend Complaint hereby grants the Motion this _____ day of _____, 2008 and Plaintiffs shall be permitted to file an Amended Complaint.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH, ) | |
| ) | C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| ) | |
| NATIONAL INDEMNITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., Esquire, hereby certify that on the 29th day of August, 2008, that a copy of the foregoing Motion to Amend were served via first class mail upon the following:

Timothy Jay Houseal, Esquire
**_Young Conaway Stargatt & Taylor, Llp_**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                                     **_/s/ Gilbert F. Shelsby, Jr_**
                                     **_/s/ Michael J. Logullo_**
                                     Gilbert F. Shelsby, Jr.
                                       gshelsby@mslde.com
                                     Michael J. Logullo
                                      mlogullo@mslde.com
                                     221 Main Street
                                     Stanton, Delaware 19804
                                     (302) 995-6210
                                     Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH, ) | |
| ) | C.A. No. 1:08-cv-00219 SLR |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| ) | |
| NATIONAL INDEMNITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STATEMENT OF AVERMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, every reasonable effort has been made to reach an agreement between the parties on the matters set forth in the Motion to Amend.

*/s/ Gilbert F. Shelsby, Jr*
*/s/ Michael J. Logullo*
Gilbert F. Shelsby, Jr.
  gshelsby@mslde.com
Michael J. Logullo
  mlogullo@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERESA NORTON HEATH, ) | |
| ) | Civ. No.: 08-219-SLR |
| Plaintiff, ) | |
| ) | ARBITRATION CASE |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| NATIONAL INDEMNITY COMPANY., ) | |
| a foreign corporation, ) | E-FILED |
| ) | |
| Defendant. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED COMPLAINT

### COUNT I

1. Plaintiff, Theresa Norton Heath is a resident of the State of Delaware, residing at 21 Shady Drive East, Newark, Delaware 19713.

2. Defendant, National Indemnity Company, (hereinafter referred to as "National"), is a foreign corporation doing business in the State of Delaware whose Agent for Service of process is the Insurance Commissioner of the State of Delaware, 841 Silver Lake Boulevard, Dover, Delaware 19901.

3. On or about November 17, 2005, Plaintiff, Theresa Norton Heath, was operating a shuttle bus, registered and insured in Delaware, at the Union Hospital in Elkton, Maryland when a passenger fell on her as he was attempting to exit the shuttle bus.

4. Plaintiff, Theresa Norton Heath, injured her neck and back and has required medical and hospital attention and has incurred medical expenses, which are ongoing.

5. As a result of the injuries sustained to Plaintiff's cervical spine she required surgery, which was performed by Dr. Bruce Rudin on June 28, 2007.

6. The Defendant agreed to pay for the surgery and cost associated with post-surgical treatment and lost wages. The Defendant has not paid for those costs, which they are obligated to under the insurance contract. As a consequence, Plaintiff has outstanding bills owed for the surgery, post-operative care and lost wages.

7. As a further result, Plaintiff, Theresa Norton Heath, has incurred lost wages, which are ongoing.

8. At the time of the incident, Defendant, National, insured the shuttle bus involved in the accident and as such insurer, is liable for the payment of no-fault insurance benefits pursuant to 21 Del. C. §2118.

9. Defendant is required to pay aforesaid medical bills and lost wages, but has failed to pay, despite the demand of plaintiff.

10. As a direct result of the Defendant's failure to perform its legal and contractual obligation, Plaintiff has suffered economic hardship and severe emotional distress.

**WHEREFORE**, Plaintiff demands judgment against the defendant for general damages, special damages pursuant to 21 Del. C. §2118, including post-judgment interest and costs.

## COUNT II

## BAD FAITH

Plaintiff hereby repeats and re-alleges paragraphs 1 through 10 in their entirety and incorporates them herein in this cause of action.

11. On January 16, 2007, Plaintiff, Theresa North Heath, was placed on total disability by her treating physician, Conrad King, M.D. and Bruce Rudin, M.D., who recommended treatment for the lumbar spine, including a lumbar spinal surgery and notice of said disability and associated lost wage and medical bill claims were presented to Defendant, National.

12. Plaintiff has submitted bills and expenses for the lumbar treatment which have not been paid.

13. As a result of the injuries sustained to Plaintiff's cervical spine she required surgery, which was performed by Dr. Bruce Rudin on June 28, 2007.

14. The Defendant agreed to pay for the surgery and cost associated with post-surgical treatment and lost wages. The Defendant has not paid for those costs, which they are obligated to under the insurance contract. As a consequence, Plaintiff has outstanding bills owed for the surgery, post-operative care and lost wages.

15. Defendant National's failure to make benefit payments is in violation of 21 Del. C. §2118B and in bad faith.

16. Given the severe pattern of symptoms which constitute Plaintiff, Theresa North Heath's disability as a result of her inability to undergo the aforesaid recommended surgical procedure and the extremely depressed financial circumstances which have ensued as a result of Defendant, National's refusal to pay benefits, Plaintiff, Theresa Norton Heath, asserts that said failure to provide benefits is without justification, is directly contrary to the public policy strategy which underlies Delaware's No Fault Statute, is contrary to Defendant, National's normal handling of PIP claims and constitutes a conscious disregard for the welfare and safety of Plaintiff, Theresa Norton Heath and an, "I don't care" attitude.

**WHEREFORE,** Plaintiff demands judgment against the defendant for general damages, special damages, punitive damages pursuant to 21 ***Del. C.*** §2118B, attorney's fees, including interest, reasonable counsel fees and costs.

*/s/ Gilbert F. Shelsby, Jr*
*/s/ Michael J. Logullo*
Gilbert F. Shelsby, Jr.
  gshelsby@mslde.com
Michael J. Logullo
  mlogullo@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorneys for Plaintiffs

**DATED:** August 29, 2008